JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 08-02964 SJO (Ex) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| $6,388.14 IN U.S. CURRENCY, | |
| Defendant. | |

Plaintiff United States of America (the "Government") filed its Verified Complaint for Forfeiture on May 6, 2008. Notice of this action has been given in the manner required by law, and no claimants filed a claim or an answer to defend his or her interest, if any, in the Defendant $6,388.14 in U.S. currency (the "defendant currency"). Default has been entered against Henrietta Muhammad, Kenyan Payne Sr., and all other potential claimants to the defendant currency. Accordingly, defendant currency is forfeited to the Government, which the Government shall dispose of according to law.

IT IS SO ADJUDGED.

Dated this 10th day of December, 2008.        /S/ S. James Otero

                                           S. JAMES OTERO
                                           UNITED STATES DISTRICT JUDGE